**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Terry Jordan Gourneau, Jr., ) | |
| ) | Case No. 4:12-cv-006 |
| Defendant. ) | |

On June 21, 2012, the Government filed a Motion for Revocation of Pretrial Release Request for Issuance of a Warrant. The court **GRANTS** the Government's motion (Docket No. 50) in part and directs that a warrant for defendant's arrest be issued.

**IT IS SO ORDERED.**

Dated this 22nd day of June, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge
